IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., <br><br> *Plaintiffs*, <br><br> v. <br><br> AVAYA INC., | § § § § § § § § § § § §  CIVIL ACTION NO. 6:15-CV-01168-JRG <br> (LEAD CASE) |
| v. <br><br> WHATSAPP, INC., <br><br> *Defendant*. | § § § § § §  CIVIL ACTION NO. 6:16-CV-00225-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Stipulation of Voluntary Dismissal with Prejudice (the "Stipulation") filed by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Uniloc") and Defendant WhatsApp, Inc. ("WhatsApp"). (Dkt. No. 239.) In the Stipulation, the parties stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss all claims between Uniloc and WhatsApp with prejudice. (*Id.* at 1.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action between Uniloc and WhatsApp in the above-captioned lead case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Member Case No. 6:16-cv-0225 and **MAINTAIN AS OPEN** Lead Case No. 6:15-cv-1168.

**So ORDERED and SIGNED this 23rd day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE